Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Sasol North America, Inc, et al.   v. GTLpetrol LLC

No. 15-1762- vw

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se        [✓] As counsel for:   GTLpetrol
                                        Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant
[ ] Appellant    [✓] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant        [ ] Respondent or appellee

My address and telephone are:

Name:                 Andrew K. Fletcher
Law firm:             Pepper Hamilton LLP
Address:              500 Grant Street, 50th Floor
City, State and ZIP:  Pittsburgh, PA 15219
Telephone:            412.454.5803
Fax #:                412.281.0717
E-mail address:       fletchea@pepperlaw.com

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only):  Pending

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[✓] Yes   [ ] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

July 6, 2015                         *(signature)*
Date                                 Signature of pro se or counsel

cc: William Slusser and William Sprott

123